Opinion issued October 15, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00394-CV

____________


JOHN ALTAIRE COIL, DEE AND DEE ENTERPRISES, INC. AND I-45
NORTH NEWS & VIDEO, INC., Appellants


V.


ODILIA ESPINOSA, INDIVIDUALLY; ODILIA ESPINSOA, AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF JACINTO
ESPINOSA; MARCO ESPINOSA, Appellees






On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 2005-26536






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss his appeal. More than
10 days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.